UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GREGORY GALBERTH,

                             **Plaintiff,**

                  v.                                             9:14 -CV-0115 (BKS/ATB)

**C. Durkin,** *Sergeant, Clinton Correctional Facility, et al.*,

                             **Defendants.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Gregory Galberth, *Plaintiff pro se*<br>03-A-0661<br>Great Meadow Correctional Facility<br>Box 51<br>Comstock, NY 12821 | |
| HON. ERIC T. SCHNEIDERMAN<br>*Attorney for Defendants*<br>Office of the New York State Attorney General<br>The Capitol<br>Albany, NY 12224 | JOSHUA E. MCMAHON<br>Assistant Attorney General |

**BRENDA K. SANNES, U. S. DISTRICT JUDGE**

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 8th day of December, 2014. Following fourteen (14) days from the service thereof, the Clerk has sent me the file. No objections were filed to the Report-Recommendation.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety;

2. The defendants' motion to dismiss (Dkt. No. 30) is GRANTED only to the extent that plaintiff bases his claims on the Fourteenth Amendment;

3. The defendant's motion to dismiss (Dkt. No. 30) is DENIED IN ALL OTHER RESPECTS; and

4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: December 31, 2014
Syracuse, New York

Brenda K. Sannes
U.S. District Judge